UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | CASE NO. CR18-169 |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | DETENTION ORDER |
| JASON K. TAYLOR, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

<u>Offense charged</u>:     Possession of Methamphetamine; Possession of Heroin

<u>Date of Detention Hearing</u>:     July 19, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was not interviewed by Pretrial Services, so his background information, is unverified.   Defendant is currently pending sentencing in this court before the

DETENTION ORDER
PAGE -1

01 Honorable James L. Robart in CR 17-299, which will be conducted at the same time as the

02 sentencing in this misdemeanor matter.  Defendant does not contest entry of an order of

03 detention.

04      2.    Defendant poses a risk of nonappearance based on lack of background

05 information.  Defendant poses a risk of danger based on the nature and circumstances of the

06 offense.

07      3.    There does not appear to be any condition or combination of conditions that will

08 reasonably assure the defendant's appearance at future Court hearings while addressing the

09 danger to other persons or the community.

10 It is therefore ORDERED:

11 1.  Defendant shall be detained pending sentencing, and committed to the custody of the

12     Attorney General for confinement in a correction facility;

13 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

14 3.  On order of the United States or on request of an attorney for the Government, the person

15     in charge of the corrections facility in which defendant is confined shall deliver the

16     defendant to a United States Marshal for the purpose of an appearance in connection with a

17     court proceeding; and

18 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

19     the defendant, to the United States Marshal, and to the United State Probation Services

20     Officer.

21 / / /

22 / / /

01     DATED this 19th day of July, 2018.

02

03

Mary Alice Theiler
04                                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3